# Court of Appeals
# of the State of Georgia

ATLANTA, __January 09, 2014__

*The Court of Appeals hereby passes the following order:*

**A14E0014.  RICKY JONES v. STATE OF GEORGIA.**

Applicant's motion for extension of time to file application for discretionary appeal is hereby GRANTED.  Applicant shall have 30 days from January 8, 2014 in which to file the application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/09/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

__Stephen E. Castlen__ , *Clerk.*